UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Roberto S. Zapata,                                          Civil No. 03-5007 (PAM/RLE)

           Plaintiff,

v.                                                          **MEMORANDUM AND ORDER**

Jackie Zimmer, EMT-P; Greg Kirkland,
C.C.; Kindy Anderson, P.A.C.; Mark A.
Gray, M.D.; Robert Mundt, Warden;
Robert Mann, A.W.; William Wood,
A.W.; Aian R. Jorgenson, R.Ph.; Linda
Brandt, P.A.; Zeindg E. Kimbally, P.A.;
Federal Bureau of Prisons; and United
States of America;

           Defendants.

---

This matter is before the Court on Plaintiff's Motion for a Preliminary Injunction and Motion for Summary Judgment. Judgment was entered in this case on February 22, 2005, and Plaintiff's Motions are therefore denied. Plaintiff must file a new civil case to assert any claims or requests for relief.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for a Preliminary Injunction and Motion for Summary Judgment (Clerk Doc. No. 55) are **DENIED.**

Dated: October 19, 2005

                                                          s/ Paul A. Magnuson
                                                          Paul A. Magnuson
                                                          United States District Court Judge